UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MORGAN CHAMBERS

WAIVER OF INDICTMENT

Criminal No. 3:25-cr-261-HES-PDB

I, Morgan Chambers, the above named defendant, who is accused of conspiracy to commit marriage fraud, in violation of 18 U.S.C. § 371, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
MORGAN CHAMBERS
Defendant

_____
ANDREW M. BONDERUD
Attorney for Defendant

Before _____
             Judicial Officer