UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 3:25-cr-261-HES-PDB

MORGAN CHAMBERS

## NOTICE OF RELATED ACTION

The United States of America, via the undersigned, notifies this

Honorable Court, pursuant to Rule 1.07(c) of the Local Rules of the United

States District Court, Middle District of Florida, of the existence of related

cases which concern issues of law and fact substantially similar to those of the

above-captioned case.

1

Those cases are *United States v. Raymond Andres Zumba*, Case No. 3:25-cr-247-HES-LLL, and *United States v. Brinio Adolfo Urena*, Case No. 3:25-cr-173-HES-PDB, which are assigned to United States District Judge Harvey E. Schlesinger, and *United States v. Jacinth Bailey*, Case No. 3:25-cr-262-BJD-PDB, which is assigned to United States District Judge Brian J. Davis.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    */s/ David B. Mesrobian*
      David B. Mesrobian
      Assistant United States Attorney
      USA No. 188
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:   (904) 301-6300
      Facsimile:    (904) 301-6310
      E-mail: david.mesrobian@usdoj.gov

      */s/ Michael J. Coolican*
      Michael J. Coolican
      Assistant United States Attorney
      USA No. 156
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone:   (904) 301-6300
      Facsimile:    (904) 301-6310
      E-mail: michael.coolican@usdoj.gov